THE STATE OF OHIO, APPELLEE, *v.* EVANS, APPELLANT.

(No. 1472 — Decided February 15, 1985.)

*George Keith,* assistant prosecuting attorney, for appellee.

*Tony Scavdis,* for appellant.

DAHLING, P.J. This is an appeal from a judgment of the Portage County Municipal Court, Ravenna, in which after a no contest plea, defendant, Calvin D. Evans, was found guilty of driving under the influence of alcohol in violation of R.C. 4511.19(A)(3). We affirm.

The assignment of error is an follows:

"I. Ohio Revised Code 4511.19(A-3) is unconstitutional."

This argument was recently addressed in *State* v. *Tanner* (1984), 15 Ohio St. 3d. 1.

In the syllabus, the court held that:

"R.C. 4511.19(A)(2) is constitutional, it is not void for vagueness, not overbroad, and does not create an unconstitutional presumption."

The same reasoning is applicable to R.C. 4511.19(A)(3).

The judgment of the trial court is affirmed.

*Judgment affirmed.*

FORD and COOK, JJ., concur.